## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19CR037 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| MAREK GRIGSBY, | : | |
| Defendant. | : | |

**FINAL ORDER OF FORFEITURE**

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On August 26, 2019, the Court entered a Preliminary Order of Forfeiture, finding that all right, title, and interest in the following property (hereinafter the "subject property") had been forfeited to the United States pursuant to 18 U.S.C. § 1467(a)(1) and (3) and/or 18 U.S.C. § 2253(a)(1) and (3):

- HP Laptop computer, Serial Number 5CD434275J;
- Toshiba Laptop, Serial Number XB317647Q;
- Samsung External hard drive, Serial Number E270J10ZB07677;
- WD external hard drive, Serial Number WMASY0360300;
- WD My Book external hard drive, Serial Number WMAZA0596036M;
- HP Laptop, Serial Number 4CZ1201TB8;
- Samsung Model Galaxy 6S, Serial Number 990005877427451;
- Alcatel One Touch cellular telephone, Model 50178, MEID DEC

       0897713518074717477; and

- Micro SD card, 8GB.

The Court also found that the defendant had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property.

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object thereafter to the forfeiture.

On March 3, 2020, the Court held the defendant's sentencing hearing and announced the forfeiture of the subject property.  The Judgment establishes that the defendant shall forfeit the subject property to the United States.

The United States published notice of this forfeiture action and its intent to dispose of the subject property in accordance with the law on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 28, 2019.

The United States did not send direct written notice of the Preliminary Order of Forfeiture because no person or entity reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1.      All right, title, and interest in the subject property is condemned and forfeited to the United States under 18 U.S.C. § 1467(a)(1) and (3) and/or 18 U.S.C. § 2253(a)(1) and (3), and no right, title, or interest shall remain in any other person or entity.

2.      The United States shall dispose of the subject property in accordance with the law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated:  04/17/2020                              /s/ Walter H. Rice (tp - per Judge Rice authorization)
                                                                                 WALTER H. RICE
                                                                                 UNITED STATES DISTRICT JUDGE